# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIGNATURE DAYS LLC | § | Case No. 08-05389 CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the U. S. Bankruptcy Court
> 219 South Dearborn
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/08/11 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/07/2011        By: CLERK OF THE U.S. BANKRUPTCY COURT

_CATHERINE STEEGE_
_353 N. Clark Street_
_CHICAGO, IL 60654-3456_

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
SIGNATURE DAYS LLC                    §         Case No. 08-05389 CAD
                                      §
            Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Ashley Curran | $ | $ | $ |
| 000003 | Jeremy Smith | $ | $ | $ |
| 000005 | Kelly A Silk | $ | $ | $ |
| 000006 | ADP | $ | $ | $ |
| 000007 | Kelly Owen | $ | $ | $ |
| 000008 | Damon G Saltzburg | $ | $ | $ |
| 000009 | Kit Fine | $ | $ | $ |
| 000010 | Jessica Philbrick | $ | $ | $ |
| 000013 | Crystal Gomez | $ | $ | $ |
| 000014 | Nicole Gamez | $ | $ | $ |
| 000016 | Steffanie M Bergevin | $ | $ | $ |
| 000017 | Sonya Felicio | $ | $ | $ |
| 000018 | Megan M Smith | $ | $ | $ |
| 000019 | Jan Crawford | $ | $ | $ |
| 000020 | Bruce W Barker | $ | $ | $ |
| 000021 | Tim Miller | $ | $ | $ |
| 000022 | Nancy Horvath | $ | $ | $ |
| 000023 | Lynn Kammerer | $ | $ | $ |
| 000024 | Alyse Choquette | $ | $ | $ |
| 000025 | Yasmin Alter | $ | $ | $ |
| 000026 | Marjorie Conrad | $ | $ | $ |
| 000028 | Dennis Knickerbocker | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | Thomas Corrado | $ | $ | $ |
| 000030 | Kristina Langone | $ | $ | $ |
| 000031 | Jonathan Gosberg | $ | $ | $ |
| 000032 | Nina Morys | $ | $ | $ |
| 000033 | Elise Greene | $ | $ | $ |
| 000034 | Diane Sherlock | $ | $ | $ |
| 000035 | Carol Gale | $ | $ | $ |
| 000036 | Patricia Peleschak | $ | $ | $ |
| 000037 | Natalie Nesbitt | $ | $ | $ |
| 000038 | Michael Evers | $ | $ | $ |
| 000039 | Alice Keane | $ | $ | $ |
| 000041 | CHAD BURLESON | $ | $ | $ |
| 000042 | Lara Hayes | $ | $ | $ |
| 000043 | Irene Renieris | $ | $ | $ |
| 000044 | Susan Dreyer | $ | $ | $ |
| 000045 | William Janulis | $ | $ | $ |
| 000046 | Sandra Prescott | $ | $ | $ |
| 000047 | Allison Cohen | $ | $ | $ |
| 000048 | Barbara Ferguson | $ | $ | $ |
| 000049 | Diane Sugars | $ | $ | $ |
| 000050 | Mark OBrien | $ | $ | $ |
| 000051 | Keir Walton | $ | $ | $ |
| 000052 | Marla Pineiro | $ | $ | $ |
| 000053 | Christine Neal | $ | $ | $ |
| 000054 | Alicia Holmes | $ | $ | $ |
| 000055 | Jessica Terris | $ | $ | $ |
| 000056 | Richard Gillert | $ | $ | $ |
| 000057 | Hiroko Reems-Webley | $ | $ | $ |
| 000058 | Maura Mullane | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000059 | George W. Selleck | $ | $ | $ |
| 000060 | Keith Krasnigor | $ | $ | $ |
| 000061 | Cary Hatteberg | $ | $ | $ |
| 000062 | Susan Martin | $ | $ | $ |
| 000063 | Kim Elliott | $ | $ | $ |
| 000064 | Dale Siegel | $ | $ | $ |
| 000065 | Lynn Jones | $ | $ | $ |
| 000066 | Peggy Baughman | $ | $ | $ |
| 000067 | Russell Gebhardt | $ | $ | $ |
| 000068 | Marie Woodcox | $ | $ | $ |
| 000069 | Dale Harrington | $ | $ | $ |
| 000070 | Julie Rubel | $ | $ | $ |
| 000071 | Joseph McCrone | $ | $ | $ |
| 000072 | Nicole Klemas | $ | $ | $ |
| 000073 | Gail A Regetz | $ | $ | $ |
| 000074 | Dale Hoover | $ | $ | $ |
| 000075 | Jon Sundack | $ | $ | $ |
| 000076 | Casey Marsh | $ | $ | $ |
| 000077 | Laura Viehmyer | $ | $ | $ |
| 000078 | Melissa Stutz | $ | $ | $ |
| 000079 | Christina Eyerly | $ | $ | $ |
| 000080 | Cora Belfiore | $ | $ | $ |
| 000081 | Nicole House | $ | $ | $ |
| 000082 | Mike Rueth | $ | $ | $ |
| 000083 | Leigh Reed | $ | $ | $ |
| 000084 | Kendall Blauschild | $ | $ | $ |
| 000085 | Jonathan Williams | $ | $ | $ |
| 000086 | Lori Ball | $ | $ | $ |
| 000087 | Molly Schenk | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000088 | Laurie Kearney | $ | $ | $ |
| 000089 | Tinley Innes | $ | $ | $ |
| 000090 | Phyllis Busell | $ | $ | $ |
| 000091 | Jai Chung | $ | $ | $ |
| 000092 | Denise Ottum | $ | $ | $ |
| 000093 | Danielle L. Mancione | $ | $ | $ |
| 000094 | Nancy Brown Kurtz | $ | $ | $ |
| 000095 | Leanne Schaaf | $ | $ | $ |
| 000096 | Christine Luchanin | $ | $ | $ |
| 000097 | Dawn Oesch | $ | $ | $ |
| 000098 | Rebecca Dufur | $ | $ | $ |
| 000099 | Elaine Dear | $ | $ | $ |
| 000100 | Robert House | $ | $ | $ |
| 000101 | Ruth Stieger-Gentle | $ | $ | $ |
| 000102 | Glenn Sheppard | $ | $ | $ |
| 000103 | Christine Gillis | $ | $ | $ |
| 000104 | Craig Viens | $ | $ | $ |
| 000105 | Jonna Roopas | $ | $ | $ |
| 000106 | Cathy Schlecter | $ | $ | $ |
| 000107 | Elena Gregory | $ | $ | $ |
| 000108 | Dayanna Roa | $ | $ | $ |
| 000109 | Alan E. Stoner | $ | $ | $ |
| 000110 | Michael DiRossi | $ | $ | $ |
| 000111 | Susan Lokken | $ | $ | $ |
| 000112 | Amanda Sims | $ | $ | $ |
| 000113 | PATRICIA KISSINGER | $ | $ | $ |
| 000114 | ROSA MIRO | $ | $ | $ |
| 000115 | GLASCOCK FAMILY MEMBER GLASCOCK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000116 | Bridgette Greer | $ | $ | $ |
| 000117 | Elisa Hughes | $ | $ | $ |
| 000118 | Kevin Guernsey | $ | $ | $ |
| 000119 | Caroline Cagle | $ | $ | $ |
| 000120 | Julie Thompson | $ | $ | $ |
| 000121 | Robert Yassin | $ | $ | $ |
| 000122 | Shelley Hink | $ | $ | $ |
| 000123 | PJ Grant | $ | $ | $ |
| 000124 | Jamie Ebbert | $ | $ | $ |
| 000125 | Marietta Gifford | $ | $ | $ |
| 000126 | Elaine Schwahn | $ | $ | $ |
| 000127 | Maribel Lizardo | $ | $ | $ |
| 000128 | ELENA VALENZUELA | $ | $ | $ |
| 000129 | Francis Harmon, Jr. | $ | $ | $ |
| 000130 | Meighan Harmon | $ | $ | $ |
| 000131 | Janyce Sewell | $ | $ | $ |
| 000132 | Gina Culver | $ | $ | $ |
| 000133 | Cynthia Farrington | $ | $ | $ |
| 000134 | Laura Roberts | $ | $ | $ |
| 000135 | James Solan | $ | $ | $ |
| 000136 | Sharon Miller | $ | $ | $ |
| 000137 | Dana Damask | $ | $ | $ |
| 000138 | Steven Di Spigna | $ | $ | $ |
| 000139 | Lianne Cole | $ | $ | $ |
| 000140 | Jodi Vargas | $ | $ | $ |
| 000141 | Jodi R. Knapp | $ | $ | $ |
| 000142 | Heidi Newson | $ | $ | $ |
| 000143 | Pam Kendrick | $ | $ | $ |
| 000144 | Judy Medlin | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000145 | Tracy Ross | $ | $ | $ |
| 000146 | Jaime Sutherland | $ | $ | $ |
| 000147 | Karen DeRosa | $ | $ | $ |
| 000148 | Staci Priano | $ | $ | $ |
| 000149 | Linda Disharoon | $ | $ | $ |
| 000150 | Alexandra Solorzano Pizzinini | $ | $ | $ |
| 000151 | Philip Gath | $ | $ | $ |
| 000152 | Esperanza Plasencia | $ | $ | $ |
| 000153 | Gina Delgado | $ | $ | $ |
| 000154 | Olga Rudyk | $ | $ | $ |
| 000155 | Annette Chemello | $ | $ | $ |
| 000156 | Pamela Cunningham | $ | $ | $ |
| 000157 | Sean DeLuca | $ | $ | $ |
| 000158 | Vathsala Sampath | $ | $ | $ |
| 000159 | KRISTINE GREENHOUSE | $ | $ | $ |
| 000160 | Tisha Kirby | $ | $ | $ |
| 000161 | Vicki Hartley | $ | $ | $ |
| 000162 | Kristin Anderson | $ | $ | $ |
| 000163 | Meg E. Stafford | $ | $ | $ |
| 000164 | Megan Zeppa | $ | $ | $ |
| 000165 | Martina Palmer | $ | $ | $ |
| 000166 | Kim Torrilhon | $ | $ | $ |
| 000167 | Kelly Gray | $ | $ | $ |
| 000168 | Betsy Wenzel | $ | $ | $ |
| 000169 | Danielle Fueger | $ | $ | $ |
| 000170 | Stephen Conroy | $ | $ | $ |
| 000171 | Laura Shockley | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000172 | Sofia Dailey | $ | $ | $ |
| 000173 | Tara Hutzell | $ | $ | $ |
| 000174 | William Walters | $ | $ | $ |
| 000175 | Paul Tutcotte | $ | $ | $ |
| 000176 | CYNTHIA HERRERA | $ | $ | $ |
| 000177 | Nicole Davila | $ | $ | $ |
| 000178 | Laura Harden | $ | $ | $ |
| 000179 | Ethan Grant | $ | $ | $ |
| 000180 | Lindsey Smith | $ | $ | $ |
| 000181 | Roberta Ladony | $ | $ | $ |
| 000182 | Beth Matta | $ | $ | $ |
| 000183 | Omar A Sarut | $ | $ | $ |
| 000184 | John Dodsworth | $ | $ | $ |
| 000185 | Brenda Watamanuk | $ | $ | $ |
| 000186 | Yvette Keller | $ | $ | $ |
| 000187 | Megan M Smith | $ | $ | $ |
| 000188 | Mary Martin | $ | $ | $ |
| 000189 | Ceil Cohen | $ | $ | $ |
| 000190 | Patty Hayden | $ | $ | $ |
| 000191 | Cortnee Rushlow | $ | $ | $ |
| 000192 | Christine McGinley | $ | $ | $ |
| 000193 | Deborah Serra | $ | $ | $ |
| 000194 | Allison Robbins | $ | $ | $ |
| 000195 | Jerusalem Honeycutt | $ | $ | $ |
| 000196 | Debra Bouyea | $ | $ | $ |
| 000197 | Germaine Baur | $ | $ | $ |
| 000198 | Simon Jervis | $ | $ | $ |
| 000199 | Darlene Moyer | $ | $ | $ |
| 000200 | Jeremy Smith | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000201 | Tami Piacente | $ | $ | $ |
| 000202 | Sherian J Engel | $ | $ | $ |
| 000203 | Chris Patterson | $ | $ | $ |
| 000204 | Terry Unruh | $ | $ | $ |
| 000205 | Shelley Cassady | $ | $ | $ |
| 000206 | Nicolle Lucas | $ | $ | $ |
| 000207 | Andrew Principe | $ | $ | $ |
| 000208 | Jeri Bennett | $ | $ | $ |
| 000209 | Deborah Longbothum | $ | $ | $ |
| 000210 | Jessica Conde | $ | $ | $ |
| 000212 | Michael G Hartman | $ | $ | $ |
| 000213 | Amy Coffey | $ | $ | $ |
| 000214 | Lisa Ablove | $ | $ | $ |
| 000215 | Donna Fung | $ | $ | $ |
| 000216 | GINA SARRACINO | $ | $ | $ |
| 000217 | Aaron Kennedy | $ | $ | $ |
| 000218 | Maureen Donaghy-Williamson | $ | $ | $ |
| 000219 | Marie SanRamon | $ | $ | $ |
| 000220 | Garrett Hayashida | $ | $ | $ |
| 000221 | Dwight Mater | $ | $ | $ |
| 000222 | Rachel Lively | $ | $ | $ |
| 000223 | Robert Weber | $ | $ | $ |
| 000224 | Ronald Goers | $ | $ | $ |
| 000225 | Amanda Curry | $ | $ | $ |
| 000226 | Konnie Sasser | $ | $ | $ |
| 000228 | Sherry Lynn | $ | $ | $ |
| 000229 | Erin Kent | $ | $ | $ |
| 000230 | Erica Frontiero | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000231 | Ryan Elliott | $ | $ | $ |
| 000232 | James Hertle | $ | $ | $ |
| 000233 | Phyllis Skrysak | $ | $ | $ |
| 000234 | Abigail Clarke-Curry | $ | $ | $ |
| 000235 | Susanne Cofer | $ | $ | $ |
| 000236 | Henry Justusson | $ | $ | $ |
| 000237 | Pam Grzybowski | $ | $ | $ |
| 000238 | Jason Conley | $ | $ | $ |
| 000239 | Julie Bridge | $ | $ | $ |
| 000240 | Tina Caulfield | $ | $ | $ |
| 000241 | Meredith Szumski | $ | $ | $ |
| 000242 | Chris Plowman | $ | $ | $ |
| 000243 | Valerie Aiken | $ | $ | $ |
| 000244 | Janice Scheibeler | $ | $ | $ |
| 000245 | JOEL TROTTER | $ | $ | $ |
| 000246 | Brett Silverman | $ | $ | $ |
| 000247 | Suzanne Keenan | $ | $ | $ |
| 000248 | Patricia Woodard | $ | $ | $ |
| 000249 | Carolynn Brown | $ | $ | $ |
| 000250 | Susan Brane | $ | $ | $ |
| 000251 | LAURA AVVINTI | $ | $ | $ |
| 000252 | Catherine Rabico | $ | $ | $ |
| 000253 | Jean Ainsworth | $ | $ | $ |
| 000254 | Albert Riehle | $ | $ | $ |
| 000255 | Sandra Hearn | $ | $ | $ |
| 000256 | Rebecca Bachtold | $ | $ | $ |
| 000257 | Mary Lou Chwierut | $ | $ | $ |
| 000258 | Barbara Neuman | $ | $ | $ |
| 000259 | Joni Johnson | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000260 | Garvin Fouts | $ | $ | $ |
| 000261 | Lisa Cioffi | $ | $ | $ |
| 000262 | Sadie Murray | $ | $ | $ |
| 000263 | Terrie Darlrymple | $ | $ | $ |
| 000264 | Marie and Mike Besio | $ | $ | $ |
| 000265 | Darryl Lynde | $ | $ | $ |
| 000266 | Susan Kim | $ | $ | $ |
| 000267 | Monica Fogarty | $ | $ | $ |
| 000268 | Gary Clark | $ | $ | $ |
| 000269 | Carolyn and Joseph Sargent | $ | $ | $ |
| 000270 | Timothy Dean | $ | $ | $ |
| 000271 | Deidre Tomczak | $ | $ | $ |
| 000272 | Mario Abularach | $ | $ | $ |
| 000273 | Suzanne Raison Dertz | $ | $ | $ |
| 000274 | Jennifer Harrison | $ | $ | $ |
| 000275 | Benjamin Smith | $ | $ | $ |
| 000276 | Jennifer Anderson | $ | $ | $ |
| 000277 | Donna Lewis | $ | $ | $ |
| 000278 | Tame Dunn | $ | $ | $ |
| 000279 | SALVATORE CAMINITO | $ | $ | $ |
| 000280 | Linda Strickland | $ | $ | $ |
| 000281 | Patricia Basile | $ | $ | $ |
| 000282 | Jennifer Yi | $ | $ | $ |
| 000283 | Carol Garofalo | $ | $ | $ |
| 000284 | Christina Zeek | $ | $ | $ |
| 000285 | Cynthia Gillette | $ | $ | $ |
| 000286 | Sheila Beck | $ | $ | $ |
| 000287 | Bethany Estes | $ | $ | $ |
| 000288 | Hope Corraro | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000289 | Adrienne Davidson | $ | $ | $ |
| 000290 | Melody G. Lutkehaus | $ | $ | $ |
| 000291 | Trish Olivo | $ | $ | $ |
| 000292 | Marianna Harris | $ | $ | $ |
| 000293 | Catherine Farmer | $ | $ | $ |
| 000294 | Mona Watson | $ | $ | $ |
| 000295 | Kelleen O'Rourke | $ | $ | $ |
| 000296 | Bernadette Smith | $ | $ | $ |
| 000297 | Paul O'Connell | $ | $ | $ |
| 000298 | Lysanne Ryan | $ | $ | $ |
| 000299 | Daniel Corey | $ | $ | $ |
| 000300 | Dana Heiser | $ | $ | $ |
| 000301 | Pam Simpson | $ | $ | $ |
| 000302 | Joseph Krull | $ | $ | $ |
| 000303 | Elizabeth Miceli | $ | $ | $ |
| 000304 | Brittany Blattler | $ | $ | $ |
| 000305 | Margaret Adams | $ | $ | $ |
| 000306 | Melissa Massaro | $ | $ | $ |
| 000307 | Georgia Ananias | $ | $ | $ |
| 000308 | Deborah E Marcus | $ | $ | $ |
| 000309 | Elizabeth Austin | $ | $ | $ |
| 000310 | Alexandra Preston | $ | $ | $ |
| 000311 | Carol McEwan | $ | $ | $ |
| 000312 | Deborah Stoker | $ | $ | $ |
| 000313 | Rebecca Wilkinson | $ | $ | $ |
| 000314 | Julie Kilday | $ | $ | $ |
| 000315 | Jackie Rosen | $ | $ | $ |
| 000316 | Karla Liput | $ | $ | $ |
| 000317 | Dawn Makay | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000318 | Noel A Hoover | $ | $ | $ |
| 000319 | Deborah Nocella | $ | $ | $ |
| 000320 | Courtney Parades | $ | $ | $ |
| 000321 | Christine Burbach | $ | $ | $ |
| 000322 | Sandeep Modi | $ | $ | $ |
| 000323 | MaryAnn Jamison | $ | $ | $ |
| 000324 | Nicole Purcell | $ | $ | $ |
| 000325 | Linda Campbell | $ | $ | $ |
| 000326 | Vimal Patel | $ | $ | $ |
| 000327 | Lauren Powers | $ | $ | $ |
| 000328 | Amir Assarpour | $ | $ | $ |
| 000329 | Kathryn Newman | $ | $ | $ |
| 000330 | Christine Rosenquist | $ | $ | $ |
| 000331 | Kathryn Hennessy | $ | $ | $ |
| 000332 | Mary McAvency | $ | $ | $ |
| 000333 | Adam Litwin | $ | $ | $ |
| 000334 | Douglas Stanzione | $ | $ | $ |
| 000335 | Mary Brainard | $ | $ | $ |
| 000336 | Catherine Schmitt | $ | $ | $ |
| 000337 | Lisa Pappalardo | $ | $ | $ |
| 000338 | Tracie Mackins | $ | $ | $ |
| 000339 | Caitlin Root | $ | $ | $ |
| 000340 | Khadija Lewis | $ | $ | $ |
| 000341 | Wanda Forrest | $ | $ | $ |
| 000342 | Nancy Johnson | $ | $ | $ |
| 000343 | deborah jerger | $ | $ | $ |
| 000344 | Michelle Johnson | $ | $ | $ |
| 000345 | Paul Pikulin | $ | $ | $ |
| 000346 | Tammy Miller | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000347 | Jennifer Cascone | $ | $ | $ |
| 000348 | Sean Coleman | $ | $ | $ |
| 000349 | Rita Crozier | $ | $ | $ |
| 000350 | Nicole Cormier | $ | $ | $ |
| 000351 | Jesse Lombardi | $ | $ | $ |
| 000352 | Sasha Moeller | $ | $ | $ |
| 000353 | Michele Crawford | $ | $ | $ |
| 000354 | Monalisa Gangopadhyay | $ | $ | $ |
| 000355 | Michael Sheehan | $ | $ | $ |
| 000356 | Jan Crawford | $ | $ | $ |
| 000357 | Kathleen Guinta | $ | $ | $ |
| 000358 | Nancy L Cowger | $ | $ | $ |
| 000359 | Laura O Smart | $ | $ | $ |
| 000360 | Kathleen Holst | $ | $ | $ |
| 000361 | Breanne Avila | $ | $ | $ |
| 000362 | Christina West | $ | $ | $ |
| 000363 | Jennifer Tamez | $ | $ | $ |
| 000364 | Chonta Haynes | $ | $ | $ |
| 000365 | Ian D Stewart | $ | $ | $ |
| 000366 | Kristen Everett | $ | $ | $ |
| 000367 | Tamara H Moen | $ | $ | $ |
| 000368 | Samia Benyahia | $ | $ | $ |
| 000369 | Hilary Nickerson | $ | $ | $ |
| 000370 | Jo Parker | $ | $ | $ |
| 000371 | Kirsten Lynch | $ | $ | $ |
| 000372 | Genevieve Rockett | $ | $ | $ |
| 000373 | Casey Flor | $ | $ | $ |
| 000374 | Angela Haggard | $ | $ | $ |
| 000375 | Luz Perez | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000376 | Laurie Shultz | $ | $ | $ |
| 000377 | Katie Rickel | $ | $ | $ |
| 000378 | Diane McGrath | $ | $ | $ |
| 000379 | Jill Furstein | $ | $ | $ |
| 000380 | Debra Blank | $ | $ | $ |
| 000381 | Yadira Montenegro Rogers | $ | $ | $ |
| 000382 | Lorna Foster | $ | $ | $ |
| 000383 | Steven Roffers | $ | $ | $ |
| 000384 | Matthew Wade | $ | $ | $ |
| 000385 | Lena Klumper | $ | $ | $ |
| 000386 | Antoinette Vivian | $ | $ | $ |
| 000387 | Jillian Barthelemy | $ | $ | $ |
| 000388 | Sandra Masterman | $ | $ | $ |
| 000389 | Roger Baker | $ | $ | $ |
| 000390 | Amy Zuntag | $ | $ | $ |
| 000391 | Elyse Wagner | $ | $ | $ |
| 000392 | Jessica Amato | $ | $ | $ |
| 000393 | Regina Quaynor | $ | $ | $ |
| 000394 | Jill Murray | $ | $ | $ |
| 000395 | DINAH TAYLOR | $ | $ | $ |
| 000396 | Maypachia Yang | $ | $ | $ |
| 000397 | Jennifer Gallmann | $ | $ | $ |
| 000398 | Jodie Rowlee | $ | $ | $ |
| 000399 | Krista Morrison | $ | $ | $ |
| 000400 | Donald Johnson | $ | $ | $ |
| 000401 | Lori Skope | $ | $ | $ |
| 000402 | Kelly Niland | $ | $ | $ |
| 000403 | Jessica Smith | $ | $ | $ |
| 000404 | James Godlewski | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000405 | Coby D Gifford | $ | $ | $ |
| 000406 | Nancy Hellner | $ | $ | $ |
| 000407 | Kirsten Johnson | $ | $ | $ |
| 000408 | Carla Savicki | $ | $ | $ |
| 000409 | Susan Mathews | $ | $ | $ |
| 000410 | Stephen Heinsinger | $ | $ | $ |
| 000411 | David Palmlund | $ | $ | $ |
| 000412 | Monica Navarro | $ | $ | $ |
| 000413 | Neepa Mehta | $ | $ | $ |
| 000414 | Valton Franklin | $ | $ | $ |
| 000415 | Vicki Hartz | $ | $ | $ |
| 000416 | Amador Bengochea | $ | $ | $ |
| 000417 | William Anderson | $ | $ | $ |
| 000418 | Philip McElroy | $ | $ | $ |
| 000419 | Joan Hanson | $ | $ | $ |
| 000420 | Angie Teo | $ | $ | $ |
| 000421 | Gwen Davis | $ | $ | $ |
| 000422 | Mary Fitzpatrick | $ | $ | $ |
| 000423 | Lisa Fox | $ | $ | $ |
| 000424 | John Cochran | $ | $ | $ |
| 000425 | Susana Sherman | $ | $ | $ |
| 000426 | Joan Parker | $ | $ | $ |
| 000427 | Nichol Lowman | $ | $ | $ |
| 000428 | Michael Olson | $ | $ | $ |
| 000429 | Jacqueline Clemens | $ | $ | $ |
| 000430 | Billie Loroff | $ | $ | $ |
| 000431 | Gabriele Haffner | $ | $ | $ |
| 000432 | Laurie Squire | $ | $ | $ |
| 000433 | Victoria Levy | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000434 | William Das | $ | $ | $ |
| 000435 | Monaz Singh | $ | $ | $ |
| 000436 | Susan Becker | $ | $ | $ |
| 000437 | Blaine Turk | $ | $ | $ |
| 000438 | Anthony Calabrese | $ | $ | $ |
| 000439 | Ashley Maguire | $ | $ | $ |
| 000440 | Ann Shaw | $ | $ | $ |
| 000441 | Erica Weikel | $ | $ | $ |
| 000442 | Stephanie Smith | $ | $ | $ |
| 000443 | Nancy Pees | $ | $ | $ |
| 000444 | Stacy Bowles | $ | $ | $ |
| 000445 | Jelene Wilkinson | $ | $ | $ |
| 000446 | Francine Mendenhall | $ | $ | $ |
| 000447 | Laura Anderson | $ | $ | $ |
| 000448 | Alice Wong | $ | $ | $ |
| 000449 | Michelle Henry | $ | $ | $ |
| 000450 | Brede Petersen | $ | $ | $ |
| 000451 | Lidia Diamand-Kuchersky | $ | $ | $ |
| 000452 | Kenneth Zwiener | $ | $ | $ |
| 000453 | Kelly Ferrante | $ | $ | $ |
| 000454 | Yasmin Martin | $ | $ | $ |
| 000455 | Martha Homer | $ | $ | $ |
| 000456 | Mary Ann Goetz | $ | $ | $ |
| 000457 | Cindy Huerth | $ | $ | $ |
| 000458 | Patricia Matthews | $ | $ | $ |
| 000459 | Katherine Seim | $ | $ | $ |
| 000460 | Tammy Lakes | $ | $ | $ |
| 000461 | Marty Johnson | $ | $ | $ |
| 000462 | Michelle Hammond | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000463 | Samantha Sierra | $ | $ | $ |
| 000464 | Timothy Welch | $ | $ | $ |
| 000465 | Melissa O'Hora | $ | $ | $ |
| 000466 | Carol Fermery | $ | $ | $ |
| 000467 | Jennifer Frank | $ | $ | $ |
| 000468 | Kristina Pirrotti | $ | $ | $ |
| 000469 | Cynthia Sikes | $ | $ | $ |
| 000470 | George Buckley | $ | $ | $ |
| 000471 | Yasue Takada | $ | $ | $ |
| 000472 | Deborah Johnston | $ | $ | $ |
| 000473 | Keena Garbe | $ | $ | $ |
| 000474 | Francine Mendenhall | $ | $ | $ |
| 000475 | James P Palicki | $ | $ | $ |
| 000476 | Jennifer Gallmann | $ | $ | $ |
| 000477 | Barry Ridings | $ | $ | $ |
| 000478 | Stacey Rosone | $ | $ | $ |
| 000479 | Shelley Mathews | $ | $ | $ |
| 000480 | Rebecca Hebding | $ | $ | $ |
| 000481 | Sandra Vrugt | $ | $ | $ |
| 000482 | Kristen Everett | $ | $ | $ |
| 000483 | Ronda Winton | $ | $ | $ |
| 000484 | Kathleen M. Heinzerling | $ | $ | $ |
| 000485 | Eric Kalmbach | $ | $ | $ |
| 000486 | Jerry Buckley | $ | $ | $ |
| 000487 | TANYA MCGRAW | $ | $ | $ |
| 000488 | Blanche Lucca | $ | $ | $ |
| 000489 | Sharon Bakker | $ | $ | $ |
| 000490 | Karen Matteuzzi | $ | $ | $ |
| 000491 | Paul McCracken | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000492 | Karen Winters | $ | $ | $ |
| 000493 | Lacy Blackwell | $ | $ | $ |
| 000494 | Janice Thompson | $ | $ | $ |
| 000495 | Maryjo Jureller | $ | $ | $ |
| 000496 | Rick Malan | $ | $ | $ |
| 000497 | Cherrie Osborne | $ | $ | $ |
| 000498 | Zen Fei Lo | $ | $ | $ |
| 000499 | Shirley Ranieri | $ | $ | $ |
| 000500 | DANIELLE SCOULER | $ | $ | $ |
| 000501 | Emmy Anderegg | $ | $ | $ |
| 000502 | Jennifer Mays | $ | $ | $ |
| 000503 | Jenean Laroche | $ | $ | $ |
| 000504 | Carolyn Uminski | $ | $ | $ |
| 000505 | Tom Paterek | $ | $ | $ |
| 000506 | Laurie O'Connor | $ | $ | $ |
| 000507 | Lenore McGowan | $ | $ | $ |
| 000508 | Stacey Rossman | $ | $ | $ |
| 000509 | FRANCES ASENCIO | $ | $ | $ |
| 000510 | ROSEMARIE CAVANAGH | $ | $ | $ |
| 000511 | Elizabeth Hansen | $ | $ | $ |
| 000512 | Heather Tyler | $ | $ | $ |
| 000513 | Robert Williams | $ | $ | $ |
| 000514 | Isabel R. Alfaro | $ | $ | $ |
| 000515 | Dana Bell | $ | $ | $ |
| 000516 | Debra Johnston | $ | $ | $ |
| 000517 | Tammy Miller | $ | $ | $ |
| 000518 | Tony Rocco | $ | $ | $ |
| 000519 | eMids Technologies | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000520 | Diane I Miczke | $ | $ | $ |
| 000521 | Michael Martel | $ | $ | $ |
| 000522 | Macy Yuen | $ | $ | $ |
| 000523 | Hanna Luckowski | $ | $ | $ |
| 000524 | Christine Jones | $ | $ | $ |
| 000525 | Sandra Maglio | $ | $ | $ |
| 000526 | Millie Massa | $ | $ | $ |
| 000527 | Hanh Hoa Koltsidas | $ | $ | $ |
| 000528 | Sanny Ryan | $ | $ | $ |
| 000529 | Connie Sutherland | $ | $ | $ |
| 000530 | Linda Holler | $ | $ | $ |
| 000531 | Tara Moore | $ | $ | $ |
| 000532 | Angie Lozonne | $ | $ | $ |
| 000533 | Sylvia Firth | $ | $ | $ |
| 000535 | Tina Moran | $ | $ | $ |
| 000536 | Cheri Marone | $ | $ | $ |
| 000537 | Nancy Mabee | $ | $ | $ |
| 000538 | Donna Garofalo | $ | $ | $ |
| 000539 | Donna Barrie | $ | $ | $ |
| 000540 | Kristen Beck | $ | $ | $ |
| 000541 | Molly Schenk | $ | $ | $ |
| 000542 | Molly Schenk | $ | $ | $ |
| 000543 | Elizabeth Colburn | $ | $ | $ |
| 000544 | Mary Jones | $ | $ | $ |
| 000545 | Julie Rubin | $ | $ | $ |
| 000546 | M C Miller | $ | $ | $ |
| 000547 | Rachel Fatto | $ | $ | $ |
| 000548 | Handyman Matters | $ | $ | $ |
| 000549 | Dolva Watson | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000550 | Georgina Byler | $ | $ | $ |
| 000551 | Liza Palmer | $ | $ | $ |
| 000552 | Dawn Smith | $ | $ | $ |
| 000553 | Diana Trimmer | $ | $ | $ |
| 000554 | Robyn Goodman | $ | $ | $ |
| 000555 | Alyssa Gregg-Reuven | $ | $ | $ |
| 000556 | Gracemarie Papaleo | $ | $ | $ |
| 000557 | Sharon Davis | $ | $ | $ |
| 000558 | Jacqueline Wolfe | $ | $ | $ |
| 000559 | Chris Randall | $ | $ | $ |
| 000560 | Adjani Vivas | $ | $ | $ |
| 000561 | Melissa Boes | $ | $ | $ |
| 000562 | Anthony Calmerin | $ | $ | $ |
| 000563 | Marissa Mondragon | $ | $ | $ |
| 000564 | Jennifer Miller | $ | $ | $ |
| 000565 | Kevin Innes | $ | $ | $ |
| 000566 | Catherine Brewer | $ | $ | $ |
| 000567 | Todd Lehman | $ | $ | $ |
| 000568 | Denice McCollough | $ | $ | $ |
| 000569 | Roberta Rollins | $ | $ | $ |
| 000570 | Tracy Leung | $ | $ | $ |
| 000571 | Randy Tuggle | $ | $ | $ |
| 000572 | Elizabeth Podlaha-Murphy | $ | $ | $ |
| 000573 | Kimberly Adkins | $ | $ | $ |
| 000574 | Jamie Green | $ | $ | $ |
| 000575 | Connie Gonzales | $ | $ | $ |
| 000576 | Orla Stokes | $ | $ | $ |
| 000577 | April Vancor | $ | $ | $ |
| 000578 | Fantasy Buckman | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000579 | Jeff Dozier | $ | $ | $ |
| 000580 | Nicholas Smith | $ | $ | $ |
| 000581 | Abigail Burke | $ | $ | $ |
| 000582 | Michelle Leifel | $ | $ | $ |
| 000583 | Melissa Miller | $ | $ | $ |
| 000584 | Deborah Clemo | $ | $ | $ |
| 000585 | Lisa Tseng | $ | $ | $ |
| 000586 | Sarah Quaiatto | $ | $ | $ |
| 000587 | Sandra Amdor | $ | $ | $ |
| 000588 | Suzanne Bako | $ | $ | $ |
| 000589 | Sandie Gibbs | $ | $ | $ |
| 000590 | Jennifer Gallmann | $ | $ | $ |
| 000591 | Amanda Padula-Wilson | $ | $ | $ |
| 000592 | Richard Lopez | $ | $ | $ |
| 000593 | Brad Nassau | $ | $ | $ |
| 000594 | Christina Polkowski | $ | $ | $ |
| 000595 | Mitzi Hamilton | $ | $ | $ |
| 000596 | Margie Shapiro | $ | $ | $ |
| 000597 | Heather Fox | $ | $ | $ |
| 000598 | Edward Hughes | $ | $ | $ |
| 000599 | Agnes Billingsley | $ | $ | $ |
| 000600 | Elizabeth Tietze | $ | $ | $ |
| 000601 | Jennifer Cotton | $ | $ | $ |
| 000602 | Patrick Riley | $ | $ | $ |
| 000603 | Brooke Bishop | $ | $ | $ |
| 000604 | Lynda Fans | $ | $ | $ |
| 000605 | Shannon Sorenson | $ | $ | $ |
| 000606 | Nicole Gamez | $ | $ | $ |
| 000607 | Catherine Castro | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000608 | Carol Lubonski | $ | $ | $ |
| 000609 | Lynn McKay | $ | $ | $ |
| 000610 | CHERYL EISEN | $ | $ | $ |
| 000611 | Mary Civinelli | $ | $ | $ |
| 000612 | Lynn Clary | $ | $ | $ |
| 000613 | Steven Tuthill | $ | $ | $ |
| 000614 | Noelle Macaluso | $ | $ | $ |
| 000615 | Charles M Harris II | $ | $ | $ |
| 000616 | Jennifer Barker | $ | $ | $ |
| 000617 | Candace Schuster | $ | $ | $ |
| 000618 | Andrea Riesgo | $ | $ | $ |
| 000619 | Todd Riccio | $ | $ | $ |
| 000620 | Anna Marie Abt | $ | $ | $ |
| 000621 | Lisa Martin | $ | $ | $ |
| 000622 | Francine Shannon | $ | $ | $ |
| 000623 | Pat Gialanella | $ | $ | $ |
| 000624 | Jill Werner | $ | $ | $ |
| 000625 | Reginald Heggie | $ | $ | $ |
| 000626 | Karen Cordts | $ | $ | $ |
| 000627 | Helen Earle | $ | $ | $ |
| 000628 | Luda Barr | $ | $ | $ |
| 000629 | Jaclyn Weinstein | $ | $ | $ |
| 000630 | Andrea Williams | $ | $ | $ |
| 000631 | Cate Cruz | $ | $ | $ |
| 000632 | Kathleen Donovan | $ | $ | $ |
| 000633 | Elizabeth Cotell | $ | $ | $ |
| 000634 | April Emery | $ | $ | $ |
| 000635 | Crystal Woodring | $ | $ | $ |
| 000636 | Chandra Gordon | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000637 | JEFFREY BAKKER | $ | $ | $ |
| 000638 | Betty Krewenka | $ | $ | $ |
| 000639 | Binifer Kaikobad | $ | $ | $ |
| 000640 | Robert Tidball | $ | $ | $ |
| 000641 | Jimmy Roybal | $ | $ | $ |
| 000642 | Robbie Wilburn | $ | $ | $ |
| 000643 | Amy Rodgers | $ | $ | $ |
| 000644 | Betty Gross | $ | $ | $ |
| 000645 | Brian Ewald | $ | $ | $ |
| 000646 | GINA GIACCOTTO | $ | $ | $ |
| 000647 | Freddie Topete | $ | $ | $ |
| 000648 | Debbie Saitta | $ | $ | $ |
| 000649 | Rachel Michael | $ | $ | $ |
| 000650 | Shawn Richards | $ | $ | $ |
| 000651 | Ann Quicksall | $ | $ | $ |
| 000652 | Lisa Ranocchia | $ | $ | $ |
| 000653 | Kim Paddon | $ | $ | $ |
| 000654 | Kerianne Flynn | $ | $ | $ |
| 000655 | Joshua Baker | $ | $ | $ |
| 000656 | Donnie E. Smithwick | $ | $ | $ |
| 000657 | Sandra Smallish | $ | $ | $ |
| 000658 | Michelle Byrd | $ | $ | $ |
| 000659 | Stacie Beggs | $ | $ | $ |
| 000660 | Nikkia Witcher | $ | $ | $ |
| 000661 | DK Packard | $ | $ | $ |
| 000662 | Jennifer Majma | $ | $ | $ |
| 000663 | Joyce and Irving Fishman | $ | $ | $ |
| 000664 | Courtney Conley | $ | $ | $ |
| 000665 | Christine Walker | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000666 | Jane Vaccaro | $ | $ | $ |
| 000667 | Ricky Umbaugh | $ | $ | $ |
| 000668 | Raleigh Dalton | $ | $ | $ |
| 000669 | Linda Peccoralo | $ | $ | $ |
| 000670 | Tiffany Leigh | $ | $ | $ |
| 000671 | Colleen Bordeau | $ | $ | $ |
| 000672 | Lauren Burns | $ | $ | $ |
| 000673 | Dawn Prospect | $ | $ | $ |
| 000674 | Charles Horvath | $ | $ | $ |
| 000675 | Amanda Lubit | $ | $ | $ |
| 000676 | Evgeniya Gabrielyan | $ | $ | $ |
| 000677 | Alexander Lane III | $ | $ | $ |
| 000678 | Alysia Jennings | $ | $ | $ |
| 000679 | Catherine Lindgren | $ | $ | $ |
| 000680 | Lindsay Gallagher | $ | $ | $ |
| 000681 | Andrea Lefkowitz | $ | $ | $ |
| 000682 | Luba Caruso | $ | $ | $ |
| 000683 | Annaliese Turner | $ | $ | $ |
| 000684 | Alexandra Mindler | $ | $ | $ |
| 000685 | Tracy Rathnow | $ | $ | $ |
| 000686 | Joseph White | $ | $ | $ |
| 000687 | Judy Gottesman | $ | $ | $ |
| 000688 | Susan Backus | $ | $ | $ |
| 000689 | Vivian D. Ross | $ | $ | $ |
| 000690 | Tammy Ennis | $ | $ | $ |
| 000691 | Laura Keefe | $ | $ | $ |
| 000692 | Christie Gantan | $ | $ | $ |
| 000693 | Karen Stroobants | $ | $ | $ |
| 000694 | Melissa Walker | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000695 | Kezia Johnson | $ | $ | $ |
| 000696 | Mario Lepore II | $ | $ | $ |
| 000697 | Gayle Munro | $ | $ | $ |
| 000698 | Jaime Linder | $ | $ | $ |
| 000700 | Alysia Hargus | $ | $ | $ |
| 000701 | Judith Deakin | $ | $ | $ |
| 000702 | Colleen Reilly | $ | $ | $ |
| 000703 | Ed Liang | $ | $ | $ |
| 000704 | Tiffany Patton | $ | $ | $ |
| 000705 | Molly Roland | $ | $ | $ |
| 000706 | Sandra Williams | $ | $ | $ |
| 000707 | Ed del Palacio | $ | $ | $ |
| 000708 | Josette Davenport | $ | $ | $ |
| 000709 | Kathleen L. Sadowski | $ | $ | $ |
| 000710 | Michelle Gumiran | $ | $ | $ |
| 000711 | Christine M Chabot | $ | $ | $ |
| 000712 | Tom Hine | $ | $ | $ |
| 000713 | Tom Hine | $ | $ | $ |
| 000714 | Beth Mecteau | $ | $ | $ |
| 000715 | Christa Jones | $ | $ | $ |
| 000716 | Vidyalakshmi Iyer | $ | $ | $ |
| 000717 | Harmony Farvour | $ | $ | $ |
| 000718 | Deborah Fransen | $ | $ | $ |
| 000719 | Romy Wosneski | $ | $ | $ |
| 000720 | Keith Entzeroth | $ | $ | $ |
| 000721 | Robin Elting | $ | $ | $ |
| 000722 | Kirsten Walters | $ | $ | $ |
| 000723 | Eric Burgett | $ | $ | $ |
| 000724 | David McGonigle | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000725 | Brent Brooks | $ | $ | $ |
| 000726 | Latoya Tatum | $ | $ | $ |
| 000727 | Donnie E. Smithwick | $ | $ | $ |
| 000728 | Andres Santillan | $ | $ | $ |
| 000729 | Kenn Plebanek | $ | $ | $ |
| 000730 | Paula Hyder | $ | $ | $ |
| 000731 | Hanna Luckowski | $ | $ | $ |
| 000732 | Kimiko Jarrett | $ | $ | $ |
| 000733 | Lisa Mooney | $ | $ | $ |
| 000734 | Karen Gardner | $ | $ | $ |
| 000735 | Christine Whalen | $ | $ | $ |
| 000736 | Barbara Arsenault | $ | $ | $ |
| 000737 | Ashley Graham | $ | $ | $ |
| 000738 | Joan Walters | $ | $ | $ |
| 000739 | Katharine Rowe | $ | $ | $ |
| 000740 | Diane Cassidy | $ | $ | $ |
| 000741 | Laurie Lahey | $ | $ | $ |
| 000742 | Joyce Winter | $ | $ | $ |
| 000743 | Janet Ballweg | $ | $ | $ |
| 000744 | Laurel Neff | $ | $ | $ |
| 000745 | Lauren Watkins | $ | $ | $ |
| 000746 | Jason Lisowski | $ | $ | $ |
| 000747 | Anda Sage | $ | $ | $ |
| 000748 | Judy Manford | $ | $ | $ |
| 000749 | Michael McNally | $ | $ | $ |
| 000750 | Cecilia Bator | $ | $ | $ |
| 000751 | Natalie Lanzatella | $ | $ | $ |
| 000752 | Jamie Turner | $ | $ | $ |
| 000753 | Julie Nettleton | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000754 | Richette Haywood | $ | $ | $ |
| 000755 | Thomas Rigoli | $ | $ | $ |
| 000756 | Chris Hutchison | $ | $ | $ |
| 000757 | Jacqueline Ferger | $ | $ | $ |
| 000758 | Sharon Glancz | $ | $ | $ |
| 000759 | Lori Pettignano Kaczala | $ | $ | $ |
| 000760 | Attwa Rainey | $ | $ | $ |
| 000761 | Christine Whalen | $ | $ | $ |
| 000762 | Beth Mecteau | $ | $ | $ |
| 000763 | Christine Whalen | $ | $ | $ |
| 000764 | Roxann Parafiorito | $ | $ | $ |
| 000765 | CHRISTIE CAMPHORST | $ | $ | $ |
| 000766 | Jessica Cegielski | $ | $ | $ |
| 000767 | Wendi Tidwell | $ | $ | $ |
| 000768 | Mary Lou Healy | $ | $ | $ |
| 000769 | Beth Discepolo | $ | $ | $ |
| 000770 | Emily Mitchell | $ | $ | $ |
| 000771 | Vesna Cottrell | $ | $ | $ |
| 000772 | Elaine Duprie | $ | $ | $ |
| 000773 | John Corrigan | $ | $ | $ |
| 000774 | Hannah Safakamal | $ | $ | $ |
| 000775 | Elaine Blue | $ | $ | $ |
| 000776 | Melissa Israel | $ | $ | $ |
| 000777 | Melissa LaCroix | $ | $ | $ |
| 000778 | James Cornell | $ | $ | $ |
| 000779 | Denise Ayoob | $ | $ | $ |
| 000780 | Linda Hill | $ | $ | $ |
| 000781 | Lucinda Vogel | $ | $ | $ |
| 000782 | Wendy Roberts | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000783 | Linda Aronson | $ | $ | $ |
| 000784 | Melinda King | $ | $ | $ |
| 000785 | Albert Hom | $ | $ | $ |
| 000786 | Vanessa Marcell | $ | $ | $ |
| 000787 | Crystal Gomez | $ | $ | $ |
| 000788 | Lisa Pawlowski | $ | $ | $ |
| 000789 | Rachel Schwach | $ | $ | $ |
| 000790 | Moriane Joseph | $ | $ | $ |
| 000791 | Dianne Gayzur | $ | $ | $ |
| 000792 | Christina Geheran | $ | $ | $ |
| 000793 | Benedetto Vieni | $ | $ | $ |
| 000794 | Veru Narula | $ | $ | $ |
| 000795 | Sarah Weber | $ | $ | $ |
| 000796 | Esra Guctas | $ | $ | $ |
| 000797 | Sally Brophy | $ | $ | $ |
| 000798 | Christine Yurko | $ | $ | $ |
| 000799 | Joanne Truesdale | $ | $ | $ |
| 000800 | Kristen Stagg | $ | $ | $ |
| 000801 | Rachael Bassett | $ | $ | $ |
| 000802 | Corrine Collazo | $ | $ | $ |
| 000803 | DANIEL QUINN | $ | $ | $ |
| 000804 | Heather Farley | $ | $ | $ |
| 000805 | Ann Ifekwunigwe | $ | $ | $ |
| 000806 | Tahira Hashmi | $ | $ | $ |
| 000807 | Vanessa Allen | $ | $ | $ |
| 000808 | Marjorie Jimenez | $ | $ | $ |
| 000809 | John Kirkowski | $ | $ | $ |
| 000810 | Kevin Rauckman | $ | $ | $ |
| 000811 | Jacklyn Manley | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000812 | KIM ANDERSON | $ | $ | $ |
| 000813 | Sheena Paguia | $ | $ | $ |
| 000814 | Robin Huber | $ | $ | $ |
| 000815 | Lesa Lee | $ | $ | $ |
| 000816 | Tina Borgioli | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____


    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fedex Customer Information Service | $ | $ | $ |
| 000004 | Hilton Hhonors Worldwide LLC | $ | $ | $ |
| 000011 | DFS Services LLC | $ | $ | $ |
| 000012 | Costco Wholesale Corporation | $ | $ | $ |
| 000015 | CPI Card Group Nevada Inc | $ | $ | $ |
| 000027 | Yorke Printe Shoppe | $ | $ | $ |
| 000040 | Clear Channel | $ | $ | $ |
| 000211 | Joliet Radologist | $ | $ | $ |
| 000227 | City of Evanston | $ | $ | $ |
| 000534 | Thaumaturgix, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000699 | American Express Travel Related Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/CATHERINE STEEGE, TRUSTEE        _____


*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.